IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN NATIONAL LLOYDS INSURANCE CO., <br>           Plaintiff, <br><br> v. <br><br> MICHELANGE ALEXIS, REAL ESTATE BROTHERS LLC, <br>           Defendants. | CIVIL ACTION <br><br><br> NO. 23-130 |

## O R D E R

**AND NOW**, this 24th day of March, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 9), Plaintiff's Response (ECF No. 10), and Defendants' Reply thereto (ECF No. 12), **IT IS ORDERED** that Defendants' Motion to Dismiss is granted. ANLIC may refile its case once the underlying lawsuit is resolved.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.